# United States Court of Appeals for the Fifth Circuit

---

No. 24-50023
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**
November 5, 2024

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

LUIS OVALLE,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:22-CR-484-1

---

Before SMITH, STEWART, and DUNCAN, *Circuit Judges*.

PER CURIAM:[*]

Defendant-Appellant Luis Ovalle challenges the constitutionality of 18 U.S.C. § 922(o), which prohibits any person from transferring or possessing a machinegun. Ovalle raises the issue to preserve it for further review, conceding that his challenge is foreclosed by *Hollis v. Lynch*, 827 F.3d 436

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 24-50023

(5th Cir. 2016). Accordingly, Ovalle's motion for summary disposition is GRANTED, and the district court's judgment is AFFIRMED.